UNITED STATES of America,
Plaintiff—Appellee,

v.

Theodore Anthony MAXWELL, a/k/a Spencer Maxwell, a/k/a Tony Johnson, a/k/a Maxwell Spencer, a/k/a Ferdinand Clarkson, a/k/a Hitler, a/k/a Little Hitler, Defendant—Appellant.

No. 08–7262.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2008.

Decided: Oct. 9, 2008.

Theodore Anthony Maxwell, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Anthony Maxwell appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Maxwell,* No. 2:92–cr–00133–RBS–FBS–6 (E.D.Va. July 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*